**THELEN REID BROWN RAYSMAN & STEINER LLP**
Edward Copeland
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JEAN BAILEY, CARMEN RIVERA

      Plaintiffs,

-against-

LUTHERAN MEDICAL CENTER, LUTHERAN
MEDICAL CENTER HEALTH SERVICES RETIREMENT
PLAN,

      Defendants.

------------------------------------------------------------------ X

**JUDGE CROTTY**

**07 CV 11481**

Case No. _____

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Lutheran Medical Center and Lutheran Medical Center Health Services Retirement Plan)("Defendants"), private (non-governmental) parties, certify: (1) that Defendants have no corporate parents; and (2) that no publicly held corporation owns 10% or more of Defendants' stock.

Dated: New York, New York
   December 21, 2007

             THELEN REID BROWN RAYSMAN
             & STEINER LLP

             By: _____
               Edward Copeland
             875 Third Avenue
             New York, New York 10022
             (212) 603-2000
             Attorneys for Defendants

NY #1226157 v1