**THELEN REID BROWN RAYSMAN & STEINER LLP**
Edward Copeland
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JEAN BAILEY, CARMEN RIVERA,                         :
                                                    :
                        Plaintiffs,                 :   Case No. 07 CV 11481(PAC)
                                                    :
        -against-                                   :   **AFFIDAVIT OF SERVICE**
                                                    :
LUTHERAN MEDICAL CENTER, LUTHERAN                   :
MEDICAL CENTER HEALTH SERVICES                      :
RETIREMENT PLAN,                                    :
                                                    :
                        Defendants.                 :
                                                    :
------------------------------------------------------------------ X

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

  **Sandra Singh**, being duly sworn, deposes and says:

  1. I am not a party to this action and am over 18 years of age. I reside in Brooklyn, New York.

  2. On December 21, 2007, I served a true and correct copy of the NOTICE OF REMOVAL, by depositing same enclosed in a first class mail, postage-paid, properly addressed envelope, in an official depository under the exclusive care, custody and

NY #1227111 v1

control of the United States Postal Service within the State of New York to the following:

TO:  Gregory L. Reid, Esq.
     Reid Rodriguez & Rouse, LLP
     1285 Avenue of the Americas
     Suite 3513
     New York, New York 10019
     (212) 554-4417
     Attorney for Plaintiffs

                                                    _____
                                                         Sandra Singh

Sworn to before me this
21st day of December, 2007

_____
     Notary Public

2

NY #1227111 v1