**THELEN REID BROWN RAYSMAN & STEINER LLP**
Edward Copeland
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEAN BAILEY, CARMEN RIVERA,                  :
                                             :
                Plaintiffs,                  :   Case No. 07 CV 11481(PAC)
                                             :
        -against-                            :   **AFFIDAVIT OF SERVICE**
                                             :
LUTHERAN MEDICAL CENTER, LUTHERAN            :
MEDICAL CENTER HEALTH SERVICES               :
RETIREMENT PLAN,                             :
                                             :
                Defendants.                  :
                                             :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

**Sandra Singh**, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age. I reside in Brooklyn, New York.

2. On December 21, 2007, I served a true and correct copy of the NOTICE OF REMOVAL, by depositing same enclosed in a first class mail, postage-paid, properly addressed envelope, in an official depository under the exclusive care, custody and

NY #1227111 v1

control of the United States Postal Service within the State of New York to the following:

> TO: Gregory L. Reid, Esq.
> Reid Rodriguez & Rouse, LLP
> 1285 Avenue of the Americas
> Suite 3513
> New York, New York 10019
> (212) 554-4417
> Attorney for Plaintiffs

*Sandra Singh*
Sandra Singh

Sworn to before me this
21st day of December, 2007

*Maxine V. Lothian*
Notary Public

MAXINE V. LOTHIAN
Notary Public State of New York
No. 03-4989952
Qualified in Bronx County
Certificate Filed in New York County
Commission Expire Dec. 23, 2012

2

NY #1227111 v1