(PRETTY, J)

**THELEN REID BROWN RAYSMAN & STEINER LLP**
Edward Copeland
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JEAN BAILEY, CARMEN RIVERA,

                Plaintiffs,

      -against-

LUTHERAN MEDICAL CENTER, LUTHERAN MEDICAL
CENTER HEALTH SERVICES RETIREMENT PLAN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 11481 (PAC)

Stipulation + Order

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned for all parties herein, that:

    1.    Defendants' Lutheran Medical Center and Lutheran Medical Center Health Services Retirement Plan time to answer or otherwise respond to the complaint is extended to February 15, 2008.

Dated: New York, NY
          February 11, 2008

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: _____
    Edward Copeland
875 Third Avenue
New York, NY 10022
(212) 603-2000
Attorneys for Defendants

REID RODRIGUEZ & ROUSE, LLP

By: _____
    Gregory Reid, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 554-4417
Attorneys for Plaintiff

SO ORDERED: FEB 14 2008

_____
UNITED STATES DISTRICT JUDGE
NY #1232665 v1



**Thelen Reid Brown Raysman & Steiner LLP**

875 Third Avenue   New York, NY 10022
Phone: 212 603 2000   Fax: 212 603 2001
www.thelen.com

Edward Copeland
212.603.2593 Direct Dial
ecopeland@thelen.com

February 13, 2008

**VIA ELECTRONIC MAIL**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St., Room 735
New York, New York 10007

Re:   Bailey et al v. Lutheran Medical Center et al,
      Case No. 07-CV-11481 (PAC) (S.D.N.Y.)

Dear Judge Crotty:

We represent the defendants Lutheran Medical Centers and Lutheran Medical Center Health Services Retirement Plan in the above referenced matter. I enclose for Your Honor's endorsement a stipulation extending defendants' time to answer or otherwise respond to the complaint to February 15, 2008.

We have informed counsel for plaintiffs that we will submit a letter to Your Honor requesting a pre-motion conference in order to file a motion to dismiss the complaint.

Respectfully submitted,

Edward Copeland

SM/

cc: Gregory Reid

NY #1240410 v1